**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| TODD MCCALLA | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1235 |
| | ) | Judge Trauger |
| DOMAIN NAMES INTERNATIONAL, LLC, | ) | |
| and KEN PALM | ) | |

**O R D E R**

It is hereby **ORDERED** that the Initial Case Management Conference set for May 16,

2011 is **RESET to March 25, 2011 at 9:30 a.m.**

ENTER this 12 th day of January, 2011.


_____

ALETA A. TRAUGER
U.S. District Judge