UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Todd McCalla, | ) | Case No. 3:10-cv-1235 |
| | ) | Judge Trauger |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Domain Names International, LLC, d/b/a | ) | |
| Intrust Domains, and Ken Palm, | ) | |
| | ) | |
| Defendants | ) | |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Judgment by Default against Defendants (Docket Entry No. 5). As stated on the summons, Defendants have 21 days after service in which to respond to the complaint, not counting the day on which the summons was received. The date of service stated by Plaintiff is January 4, 2011. As such, Defendants have until midnight, January 25, 2011 to file a response. Plaintiff is incorrect in stating the response due date as January 24, 2011. Plaintiff's motion is premature and is denied.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court

1